IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRITTANY CONDE, on behalf of themselves and all others similarly situated; and ROCKY WAMSLEY, on behalf of themselves and all others similarly situated;<br><br>                    Plaintiffs,<br><br>          vs.<br><br>THE COLLECTION AGENCY, LLC, a Registered Tradename; ANDREW C. MASCHMAN, and JOHN DOES,<br><br>                    Defendants. | **8:20-CV-502**<br><br>**JUDGMENT** |

In accordance with the accompanying Memorandum and Order, this case is dismissed without prejudice.

Dated this 28th day of May, 2021.

BY THE COURT:

_____

Brian C. Buescher
United States District Judge